UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IRA JEROME ROSS                                                CIVIL ACTION

VERSUS

JAMES M. LEBLANC                                          NO. 20-00526-BAJ-RLB

## RULING AND ORDER

Before the Court is Plaintiff's **Motion for Hearing (Doc. 3)** regarding his requested release from custody. The Magistrate Judge has issued a **Report And Recommendation (Doc. 9)** recommending that the Court deny Plaintiff's Motion, decline the exercise of supplemental jurisdiction over any potential state law claims, and dismiss this action, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the instant Motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Hearing (Doc. 3)** is **DENIED.**

**IT IS FURTHER ORDERED** that the Court shall decline the exercise of supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that this action is hereby dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 4th day of February, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**